JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE GILCHRIST,**<br><br>Plaintiff,<br><br>vs.<br><br>**INDEPENDENT FINANCIAL SERVICES, LLC; and CARY HUGHES, an individual;**<br><br>Defendants. | CASE NO.: **2:10-cv-06450-JAK-RCx**<br><br>**JUDGMENT** |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Judgment be entered as to Defendants, Independent Financial Services, LLC and Cary Hughes, in the amount of Two Thousand Dollars for Statutory Damages, Two Thousand Dollars for Attorney's Fees, and Four Hundred and Fifteen Dollars for costs, for a total Judgment in the amount of Four Thousand Four Hundred Fifteen Dollars and Zero Cents ($4,415.00).

Dated: January 3, 2012

_____
Honorable John A. Kronstadt

Judgment